Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
SHANNON LYONS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHANNON LYONS, | Case No.: 2:14-cv-00845-JAD-CWH |
| Plaintiff, | UNOPPOSED MOTION TO AMEND AND EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Plaintiff Shannon Lyons ("Plaintiff"), through his undersigned counsel of record, requests the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to November 26, 2014; and that Defendant shall have until December 29, 2014, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due January 19, 2015.

This is the second request for an extension.  An extension of time is needed because Plaintiff's Counsel's Spouse undergoes chemotherapy treatment for her

-1-

Stage IV breast cancer which metastasized initially to her liver and continues to progress there and in her lungs, throat, and spine which required recent hospitalization to treat. Counsel requires the additional time to file the Motion for Reversal and/or Remand to allow him to devote the appropriate time to assist his Spouse and his two elementary school aged children through this obviously stressful experience. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

    Counsel for defendant has indicated, via e-mail, that this motion to extend the time to file is not opposed.

DATE: October 15, 2014,    Respectfully submitted,

    ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
    Marc V. Kalagian
    Attorney for plaintiff SHANNON LYONS

Of Counsel:

Steven G. Rosales
Attorney at Law

ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 17, 2014

-2-