UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Shannon D. Lyons,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>Commissioner of Social Security,<br><br>　　　　　Defendant | Case No.: 2:14-cv-0845-JAD-CWH<br><br>**Order Adopting Report and Recommendation, Granting Motion for Reversal/Remand, and Denying Crossmotion to Affirm**<br>[19, 20, 22] |

　　　　Plaintiff Shannon D. Lyons filed this action seeking judicial review of the Commissioner of Social Security's denial of her Title XVI application for supplemental security income. Lyons moves for reversal or remand. Doc. 19. The Commissioner opposes the motion and countermoves to affirm. Doc. 20. Magistrate Judge Hoffman considered the motions, reviewed the administrative record as a whole, and weighed the evidence that supports and detracts from the conclusion. Doc. 22 at 8. He concluded that "the ALJ's decision does not articulate reasons for findings that satisfy the requisite legal standards" and recommends that I grant Lyons's motion for reversal or remand, deny the Commissioner's crossmotion to affirm, and remand this case for further administrative proceedings. *Id*. Any objection to the Report and Recommendation was due July 4, 2015; nothing was filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

　　　　Accordingly, and with good cause appearing,

　　　　IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation **[Doc. 22] is ADOPTED IN FULL**.

. . .

1

It is further ORDERED that Plaintiff's Motion for Reversal/Remand **[Doc. 19] is GRANTED** and Defendant's Crossmotion to Affirm **[Doc. 20] is DENIED.** This case is remanded for further administrative proceedings consistent with the Report and Recommendation [Doc. 22].

The Clerk of Court is instructed to enter judgment accordingly and close the case.

DATED July 8, 2015

_____
Jennifer A. Dorsey
United States District Judge

2